**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VERIS GOLD USA INC.,                    )          3:13-cv-00009-HDM-VPC
                                        )
                Plaintiff,              )
                                        )          ORDER
vs.                                     )
                                        )
HEYL & PATTERSON, INC., and DOES        )
1-10,                                   )
                                        )
                Defendants.             )
_____)

     On January 25, 2013, defendant filed a motion to dismiss
plaintiff's claim for consequential damages (#13).  On February 5,
2013, plaintiff filed a second amended complaint removing from the
body of the complaint the language that related to consequential
damages.  Plaintiff's amended complaint supersedes plaintiff's
original complaint.  *Dichter-Mad Family Partners, LLP v. United
States*, - F.3d -, 2013 WL 501648 (9th Cir. Feb. 12, 2013).
Accordingly, defendant's motion to dismiss (#13) is **DENIED AS MOOT.**

     IT IS SO ORDERED.

     DATED: This 25th day of February, 2013.

                              _____
                              UNITED STATES DISTRICT JUDGE