# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VERIS GOLD USA INC.,             )      3:13-cv-00009-HDM-VPC
                                 )
            Plaintiff,           )
                                 )      ORDER
vs.                              )
                                 )
HEYL & PATTERSON, INC., and DOES )
1-10,                            )
                                 )
            Defendants.          )
_____)

   Pursuant to the parties' stipulation (#47), this action is hereby dismissed with prejudice, without the allowance of costs or attorney's fees to either party.

   IT IS SO ORDERED.

   DATED: This 26th day of December, 2013.

   _____
   UNITED STATES DISTRICT JUDGE